# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HEATHER HECKMAN, | : | CASE NO. 3:12-cv-02187-GBC |
| Plaintiff, | : | (MAGISTRATE JUDGE COHN) |
| v. | : | ORDER TO DENY PLAINTIFF'S APPEAL, AFFIRM THE DECISION OF THE COMMISSIONER, AND CLOSE THE CASE |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | : | Docs. 8,11,12,15 |
| Defendant. | : | |

In accordance with the accompanying memorandum, IT IS HEREBY ORDERED THAT:

1. This appeal is DENIED, as the ALJ's decision is supported by substantial evidence;

2. The Clerk of Court shall enter judgment in favor of the Commissioner and against Plaintiff as set forth in the following paragraph;

3. The decision of the Commissioner of Social Security denying Heather Heckman disability insurance benefits is affirmed; and

4. The Clerk of Court shall close this case.

Dated: September 24, 2014               s/Gerald B. Cohn
                                        GERALD B. COHN
                                        UNITED STATES MAGISTRATE JUDGE